

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00072-CR

GREGORIO CRUZSALGADO, Appellant § On Appeal from the 432nd District Court

§ of Tarrant County (1811254)

V. § October 17, 2024

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that count four and count five of the judgment of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack